COURTROOM DEPUTY MINUTES  DATE: 11-13-2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:30 – 3:40 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB  
DEPUTY CLERK: sql  
CASE NO.: 3:06mj125-DRB  
DEFT. NAME: Paul Eugene WEBSTER  
USA: Hardwick  
ATTY: Butler  
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (x) CDO; ( ) Stand In ONLY  
USPTSO/USPO: Wood  

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES  NAME: _____

- [x] kars. — Date of Arrest 11-9-06 or [ ] karsr40
- [x] kia. — Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [ ] kcnsl. — Deft. First Appearance with Counsel
- [ ] — Deft. First Appearance without Counsel
- [x] — Requests appointed Counsel  [x] ORAL MOTION for Appointment of Counsel
- [x] kfinaff. — Financial Affidavit executed [ ] to be obtained by PTSO
- [x] koappted — ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] — Deft. Advises he will retain counsel. Has retained _____
- [ ] — Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ] — Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg. — **Detention Hearing** [ ] held; [ ] set for _____
- [ ] kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- [ ] kocondrls. — Release order entered. Deft. advised of conditions of release
- [ ] kbnd. — [ ] BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
- [ ] — [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [x] kloc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] — Preliminary Hearing [x] Set for 11-17-06
- [ ] ko. — Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl. — Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] — Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [ ] karr. — ARRAIGNMENT SET FOR: _____ [ ] HELD. Plea of **NOT GUILTY** entered.
- [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
- DISCOVERY DISCLOSURES DATE: _____
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for _____
- [ ] kwvspt — Waiver of Speedy Trial Act Rights Executed