IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-MJ-0125-DRB |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

### ORDER ON MOTION

Pursuant to defendant's oral motion at his initial appearance with counsel, Assistant Federal Defender Kevin Butler, it is

**ORDERED** that a **preliminary hearing on the *complaint*** is hereby set before the undersigned Magistrate Judge on **November 17, 2006, at 10:00 a.m.**, in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The defendant is remanded to the custody of the United States Marshal pending the hearing.

Done this 14th day of November, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE