IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-MJ-125-DRB |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

## ORDER

For good cause, it is

**ORDERED** that the **preliminary hearing scheduled on the *complaint*** before the undersigned Magistrate Judge on **November 17, 2006, at 10:00 a.m.**, is hereby CANCELLED.

Done this 17th day of November, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE